IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                                )
                                      )
ROBERT SISTRUNK,                      )   Case No. 14-32881
                                      )
        Debtor,                       )   Chapter 13
                                      )

## MOTION FOR RELIEF FROM STAY

COMES NOW Vendor Resource Management ("VRM"), duly authorized agent for the Secretary of Veterans Affairs, by and through its attorney of record, and hereby files this Motion For Relief From Stay (the "Motion") to lift the automatic stay and allow it to proceed with ejectment proceedings as to the property occupied by the Debtor pursuant to 11 U.S.C. §362(d). In support of this Motion, Movant respectfully avers that:

  i. On or about October 23, 2014, Robert Sistrunk (the "Debtor") filed a Chapter 13 bankruptcy petition (the "Petition") with this Court. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.

  ii. The Movant is the owner of the real property known as 4260 Hartford Street, Montgomery, Alabama 36116, by virtue of foreclosure dated May 12, 2017. See Foreclosure Deed and Special Warranty Deed attached as Exhibit "A". Upon information and belief, the Debtor is a tenant in the property.

  iii. Because of the above, Movant is entitled to obtaining possession of the real property from the Debtor.

  iv. In addition, Movant requests that it be relieved of the requirements of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure to allow Movant to execute the Order granting relief instanter.

DOCSBHM\2179525\1

Case 14-32881    Doc 22    Filed 06/13/17    Entered 06/13/17 09:44:49    Desc Main
                  Document    Page 1 of 10

v.  Movant specifically requests permission from this Honorable Court to communicate with the Debtor(s) and Debtor(s) counsel to the extent necessary to comply with applicable non-bankruptcy law

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court grant to Vendor Resource Management, duly authorized agent for the Secretary of Veterans Affairs, the requested relief described in this Motion pursuant to 11 U.S.C. §§ 362(d). Movant requests such other and further relief as may be just and proper.

Dated this 13th day of June, 2017.

/s/ Stephen B. Porterfield
Stephen B. Porterfield

Attorney for Vendor Resource Management, duly authorized agent for the Secretary of Veterans Affairs

OF COUNSEL:
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, Alabama 35255
(205) 930-5278
sporterfield@sirote.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard D. Shinbaum
Shinbaum & Campbell
P. O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com


Sabrina L. McKinney (Trustee)
P.O. Box 173
Montgomery, AL 36101

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Robert Sistrunk
4260 Hartford Street
Montgomery, AL 36116

/s/ Stephen B. Porterfield
OF COUNSEL

3

# EXHIBIT "A"

STATE OF ALABAMA )

COUNTY OF MONTGOMERY )

### MORTGAGE FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, heretofore on, March 29, 1999, to wit, Maxine Tyus, an unmarried person, executed and delivered to Alliance Mortgage Company, Inc., a mortgage conveying to Alliance Mortgage Company, Inc., the property hereinafter described, which said mortgage was given to secure an indebtedness there in mentioned, and which Mortgage was recorded in the Office of the Judge of Probate of Montgomery County, Alabama, in Real Property Book 1977, at Page 321; said Mortgage having been duly transferred and assigned by Alliance Mortgage Company, Inc. to Alabama Housing Finance Authority by virtue of that certain Assignment of Security Instrument dated April 13, 1999 and recorded in said Probate Office in Real Property Book 2035, at Page 544; said Mortgage having been further transferred and assigned by Alabama Housing Finance Authority to Regions Mortgage, Inc. by virtue of that certain Assignment of Mortgage dated April 16, 1999 and recorded in said Probate Office in Real Property Book 2035, at Page 545; said Mortgage having been further transferred and assigned by Regions Bank dba Regions Mortgage, as successor by merger to Regions Mortgage, Inc., formerly known as Real Estate Financing, Inc. to Alabama Housing Finance Authority by virtue of that certain Assignment of Mortgage dated August 2, 2005 and recorded in said Probate Office in Real Property Book 3163, at Page 862; and

WHEREAS, it was provided in said Mortgage that if a default was made in the payment of the note, and each and every installment thereof, evidencing the indebtedness secured by said Mortgage as they or any part thereof became due, then Mortgagee would have the right to declare the entire indebtedness secured by said Mortgage due and payable at once and to sell the property conveyed by said mortgage at public outcry for cash at the Montgomery County Courthouse door in the City of Montgomery, Alabama, after first giving notice of the time, place and terms of said sale for three weeks by publication in any newspaper then published in said County; and

WHEREAS, it was further provided in said Mortgage that in the event of such sale the said Mortgagee was authorized and empowered to purchase the property conveyed in said Mortgage if the higher bidder therefore, the same as if it were a stranger to said conveyance and in such event the auctioneer or person making said sale was empowered, directed and authorized to execute a deed to such purchaser at said sale in the name of the Mortgagor; and

WHEREAS, default was made in the payment of the indebtedness secured by said Mortgage and said, Alabama Housing Finance Authority, as Assignee, did declare all of the indebtedness secured by said Mortgage due and payable; and

WHEREAS, Alabama Housing Finance Authority, as Assignee, acting under the power of sale contained in said Mortgage, did give notice for three weeks by weekly insertion in The Montgomery Advertiser, a newspaper of general circulation published in Montgomery County, Alabama, in its issues of March 29, 2017, April 5, 2017 and April 12, 2017, that it would sell said property at the Montgomery County Courthouse door in the City of Montgomery, Alabama, at auction to the highest bidder for cash, during the legal hours of sale on May 12, 2017; and

WHEREAS, after having given said notice, Alabama Housing Finance Authority, as Assignee, on the 12th day of May, 2017, during the legal hours of sale, did offer said property to the highest bidder for cash at the Montgomery County Courthouse door in the City of Montgomery, Alabama; and

WHEREAS, Alabama Housing Finance Authority, as Assignee, being the highest, best and last bidder at said sale, became the purchaser of said property at and for the sum of Forty Four Thousand Eight Hundred Twenty One and 36/100 Dollars ($44,821.36).

NOW, THEREFORE, Maxine Tyus, by Bowdy J. Brown, the auctioneer making said sale, and Bowdy J. Brown, as said auctioneer, for and in consideration of the premises and the sum of Forty Four Thousand Eight Hundred Twenty One and 36/100 Dollars ($44,821.36) applied by, Alabama Housing Finance Authority, as Assignee, to the indebtedness secured by said mortgage, do hereby Grant, Bargain, Sell and Convey unto the said, Alabama Housing Finance Authority, its successors and assigns, the following described property, situated in Montgomery County, State of Alabama, to-wit:

Lot 6, Block A, according to the Map of Belle Meade Addition Plat No. 1-A, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 30, at Page 175.

TO HAVE AND TO HOLD, the aforegranted property unto the said Alabama Housing Finance Authority, its successors and assigns, forever; subject, however, to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws of the State of Alabama. This conveyance is made subject to unpaid taxes and assessments, if any.

IN WITNESS WHEREOF, Maxine Tyus, by Bowdy J. Brown, the person making said sale, Alabama Housing Finance Authority, by Bowdy J. Brown, as auctioneer and the person making said sale, and Bowdy J. Brown, as auctioneer and the person making said sale, have caused this instrument to be executed on this, the 12th day of May, 2017.

MAXINE TYUS
By: _____
As auctioneer and the person making said sale

ALABAMA HOUSING FINANCE AUTHORITY
By: _____
As auctioneer and the person making said sale

By: _____
As auctioneer and the person making said sale

STATE OF ALABAMA    )
                    :
COUNTY OF MONTGOMERY )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Bowdy J. Brown, whose name as auctioneer and the person conducting said sale, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in his capacity as auctioneer and the person making said sale, and with full authority, executed the same voluntarily, on the day the same bears date.

Given under my hand and official seal, this 12th day of May, 2017.

Jessica Butler
Notary Public
My commission expires: 10-19-19

(SEAL)

This instrument prepared by:
Bowdy J. Brown, Esq.
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL 36103-4539
Our File No.: 49696.313 Maxine Tyus
FOR AD VALOREM TAX PURPOSES: Alabama Housing Finance Authority, Post Office Box 242928, Montgomery, AL 36124.

FCD 49696-313 Tyus

## Real Estate Sales Validation Form
*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

Grantor's Name  Maxine Tyus

Mailing Address  See Below

Property Address  4260 Hartford St.
Montg., AL 36116

Grantee's Name  Alabama Housing Finance Authority
Grantee's Address  Post Office Box 242928
Montgomery, Alabama 36124-2928
(334) 244-9200

Date of Sale  05/12/2017
Purchase Price  $44,821.36
or
Actual Value  $ N/A
or
Assessor's Market Value  $ N/A

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)
☐ Bill of Sale            ☐ Appraisal
☐ Sales Contract     ■ Other - **FORECLOSURE SALE – TAX EXEMPT**
☐ Closing Statement

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

### Instructions

Grantor's name and mailing address – provide the name of t current mailing address.

Grantee's name and mailing address – provide the name of conveyed.

Property address – the physical address of the property bein

Date of Sale – the date on which interest to the property was co

Total purchase price – the total amount paid for the purchase c the instrument offered for record.

Actual value – if the property is not being sold, the true value the instrument offered for record. This may be evidenced l assessor's current market value.

STATE OF ALA MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 04967 PG 0780-0782 2017 May 15 03:40PM
STEVEN L REED
JUDGE OF PROBATE

INDEX
REC FEE            $5.00
CERT                $7.50
CHECK TOTAL   $1.00
290459               $13.50
Clerk: #102 03:43PM

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current ... valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated Code of Alabama 1975 § 40-22-1 (h).

Date  05/12/2017

___ Unattested

JCB  *(signed)*
(verified by)

Print  Alabama Housing Finance Authority
Sign  *(signature)*
(Grantor/Grantee/Owner/(Agent)) circle one
Bowdy J. Brown, Esq.
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, Alabama 36103-4539
(334) 532-6144

Form RT-1

228405.1

STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

**SPECIAL WARRANTY DEED**

KNOW ALL MEN BY THESE PRESENTS:

That Alabama Housing Finance Authority, organized and existing under the laws of the State of Alabama, whose principal place of business is located at 7460 Halcyon Pointe Drive, Second Floor, Montgomery, Alabama 36117, hereinafter called Grantor, for and in consideration of the sum of ten dollars ($10.00) and other good and valuable consideration the receipt whereof is hereby acknowledged, has granted bargained, and sold, and by these presents, does hereby grant, bargain, sell and convey unto the SECRETARY OF VETERAN'S AFFAIRS, an Officer of the United States of America, whose address is Department of Veterans Affairs, VA Regional Loan Center, 9500 Bay Pines Boulevard, St. Petersburg, Florida, 33708, hereinafter called Grantee, and his/her successors in such office, as such, and his/her or their assigns, the following described property, situated in the County of Montgomery, Alabama, to wit:

Lot 6, Block A, according to the Map of Belle Meade Addition Plat No. 1-A, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 30, at Page 175.

The property conveyed herein is conveyed subject to outstanding rights of redemption and subject to all easements and restrictions of record and ad valorem taxes not due or payable on the date hereof.

The Grantor also assigns and transfers to the Grantee herein all of said Grantor's claim and notes, and the judgment, if any, thereon representing the indebtedness hereto secured by liens on the property hereinabove described and which liens were heretofore foreclosed.

TO HAVE AND TO HOLD the aforegranted property together with all and singular the improvements thereon and the rights and appurtenances thereto in anyway belonging to the said Grantee, and his/her successors in such office, as such, and his/her or their assigns forever, Grantor hereby covenants with the said Grantee and his/her successors in such office, as such, and his/her or their assigns, that Grantor is lawfully seized in fee simple of the aforementioned premises; that they are free from all encumbrance; that it has a good right to sell and convey the same to the said Grantee herein, and that Grantor will warrant and defend the premises to the said Grantee and his/her successors in such office, as such, and his/her or their assigns forever, against the lawful claims and demands of all persons claiming the same by, through, or under Grantor.

IN WITNESS WHEREOF, the said Grantor has caused these presents to be signed by its Servicing Manager, and attested by its Foreclosure Supervisor, both thereunto duly authorized and its corporate seal to be affixed all on this 12 day of May, 2017.

(Corporate Seal)

ALABAMA HOUSING FINANCE AUTHORITY

By: _____
Its: Servicing Manager

ATTEST: _____
Its: Foreclosure Supervisor

**[ACKNOWLEDGMENT BEGINS ON NEXT PAGE]**

1

STATE OF ALABAMA    )
:
COUNTY OF MONTGOMERY  )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Anthony Box and Terri Vance whose names as Servicing Manager and Foreclosure Supervisor of Alabama Housing Finance Authority, a corporation organized and existing under the laws of the State of Alabama, is signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they, as such officers and with full authority, executed the same voluntarily for and as the act of said corporation.

    Given under my hand and official seal this 12 day of May, 2017.

Notary Public
My Commission Expires: 09/18/17

This instrument prepared by:
Bowdy J. Brown, Esq.
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, Alabama 36103-4539
Our File No.: 49696.313 Maxine Tyus



2

SWD 49696343 Tyus

## Real Estate Sales Validation Form
*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

| | | | |
|---|---|---|---|
| Grantor's Name | Alabama Housing Finance Authority | Grantee's Name | Secretary of Veteran's Affairs |
| Mailing Address | Post Office Box 242928 | | VA Regional Loan Center |
| | Montgomery, Alabama 36124-2928 | Mailing Address | 9500 Bay Pines Boulevard |
| | (334) 244-9200 | | St. Petersburg, FL 33708 |
| Property Address | 4260 Hartford St. | Date of Sale | 05/15/2017 |
| | Montg., AL 36116 | Total Purchase Price | $44,821.36 |
| | | or Actual Value | $ N/A |
| | | or Assessor's Market Value | $ N/A |

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one) (Recordation of documentary evidence is not required)

☐ Bill of Sale  ☐ Appraisal
☐ Sales Contract  ■ Other - **FORECLOSURE SALE – TAX EXEMPT- GOVT. AGENCY**
☐ Closing Statement

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

---

**Instruc**

Grantor's name and mailing address – provide the name of th current mailing address.

Grantee's name and mailing address – provide the name of conveyed.

Property address – the physical address of the property being conveyed. if available.

Date of Sale – the date on which interest to the property was c

Total purchase price – the total amount paid for the purchase the instrument offered for record.

Actual value – if the property is not being sold, the true value the instrument offered for record. This may be evidenced ⌄, ... ⌐ ₚ ₚ assessor's current market value.

STATE OF ALA.MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT WAS FILED ON
RLPY 04967 PG 0783-0785 2017 May 15 03:40PM
STEVEN L. REED
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $7.50 |
| CERT | $1.00 |
| CHECK TOTAL | $13.50 |
| 290459 | Clerk: #102 03:43PM |

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated Code of Alabama 1975 § 40-22-1 (h).

Date 05/15/2017                                    Print Alabama Housing Finance Authority
___ Unattested     JCB  *JCB*                      Sign  *[signature]*
                  (verified by)                    (Grantor/Grantee/Owner/(Agent)) circle one
                                                   Bowdy J. Brown, Esq.
                                                   Sasser, Sefton & Brown, P.C.
                                                   Post Office Box 4539
                                                   Montgomery, Alabama 36103-4539
                                                   (334) 532-6144

                                                                      Form RT-1

228405.1