UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Robert Sistrunk,

    Debtor.

Case No. 14–32881  
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 27, 2017 at 09:00 AM

to consider and act upon the following:

*29* – Debtor's Motion for Hardship Discharge filed by Richard D. Shinbaum on behalf of Robert Sistrunk (RE: related document(s)28 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated October 24, 2017

Juan–Carlos Guerrero  
Clerk of Court