UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                          Case No. 14-32881-DHW
                                                               Chapter 13

ROBERT SISTRUNK,

    Debtor.

### ORDER DISCHARGING DEBTOR BEFORE COMPLETION OF CHAPTER 13 PLAN

The court finds after notice and hearing that the debtor's plan has been confirmed, that the debtor has applied for a discharge without completing all payments required to be made under the plan, and that the debtor is entitled to a discharge under 11 U.S.C. § 1328(b). In accordance with the ruling in open court,

IT IS ORDERED THAT:

1. Pursuant to 11 U.S.C. § 1328(c), the debtor is discharged from all unsecured debts provided for by the plan or disallowed under 11 U.S.C. § 502, except any debt:
    a. provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due; or
    b. of a kind specified in 11 U.S.C. § 523(a).

2. Pursuant to 11 U.S.C. § 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. § 1305(a)(2) if prior approval by the trustee of the debtor incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. § 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

Done this 27th day of November, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      Bankruptcy Administrator